**ADDENDUM B**





"Thank you Robert for all you do and have done."
-Scott Genova - God Bless You All.