FILED
CLERK
6/15/2018 5:11 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

For Online Publication Only

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SCOTT M. GENOVA,

                Plaintiff,

  -against-

**ORDER**
13-cv-04088 (JMA) (SIL)

THE CITY OF GLEN COVE; THE CITY OF GLEN COVE POLICE DEPARTMENT; CHIEF WILLIAM WHITTON, individually and as an agent of the employer; DEPUTY CHIEF ROBERT MACDONALD, individually and as an agent of the employer; SERGEANT PATRICK HALL, individually; SERGEANT JACK MANCUSI, individually; LIEUTENANT JOHN MANDATO, individually;

                Defendants.
-------------------------------------------------------------------X

**AZRACK, United States District Judge:**

      On May 26, 2016, defendants filed a motion for summary judgment. On August 16, 2016, I referred the motion to Magistrate Judge Locke for a Report and Recommendation. In a Report and Recommendation dated February 22, 2017, Judge Locke recommended that defendants' motion for summary judgment be granted. After plaintiff filed objections on March 16, 2017, which raised, <u>inter alia</u>, an issue about plaintiff's request to file a sur-reply brief, I granted plaintiff's request to file a sur-reply and referred the motion for summary judgment back to Judge Locke for him to consider whether plaintiff's sur-reply affected his Report and Recommendation in any fashion. After plaintiff filed his sur-reply, Judge Locke issued another Report and Recommendation on May 15, 2017 addressing the sur-reply and renewing his previous recommendation that defendants' motion for summary judgment be granted. On May 30, 2017,

1

plaintiff filed additional objections.

After considering plaintiff's March 16, 2017 and May 30, 2017 objections and conducting a review of the full record and the applicable law, I adopt Judge Locke's February 22, 2017 Report and Recommendation and his May 15, 2017 Report and Recommendation in their entirety as the opinions of the Court.

In reviewing a magistrate judge's report and recommendation, the court must "make a de novo determination of those portions of the report or . . . recommendations to which objection[s][are] made." 28 U.S.C. § 636(b)(1)(C); see also Brown v. Ebert, No. 05–CV–5579, 2006 WL 3851152, at *2 (S.D.N.Y. Dec. 29, 2006). The court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). Those portions of a report and recommendation to which there is no specific reasoned objection are reviewed for clear error. See Pall Corp. v. Entegris, Inc., 249 F.R.D. 48, 51 (E.D.N.Y. 2008).

I have undertaken a de novo review of the record, Judge Locke's February 22, 2017 Report and Recommendation, his May 15, 2017 Report and Recommendation, and plaintiff's objections and the responses to those objections. I agree with Judge Locke's comprehensive and well-reasoned February 22, 2017 Report and Recommendation and May 15, 2017 Report and Recommendation. Accordingly, I grant defendants' motion for summary judgment.

The Clerk of Court is directed to enter judgment in favor of defendants and to close this case.

**SO ORDERED.**
Dated: June 15, 2018
     Central Islip, New York

                                          /s/  (JMA)
                                     JOAN M. AZRACK
                                     UNITED STATES DISTRICT JUDGE